ORIGINAL

John H. Patton, California SBN 069261
Bruce A. McIntosh, California SBN 175607
SHAPIRO BUCHMAN PROVINE & PATTON LLP
1333 North California Boulevard, Suite 350
Walnut Creek, CA 94596
Telephone: (925) 944-9700
Facsimile: (925) 944-9701
E-mail: jpatton@sblip.com
Attorneys for Plaintiff CRV Enterprises, Inc.

FILED
SEP 19 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CRV ENTERPRISES, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 06-660 L

RCFC 40.2 NOTICE OF RELATED CASE

Pursuant to Rule 40.2 of the Rules of the Court of Federal Claims, plaintiff CRV Enterprises, Inc. (CRV) makes the following statements:

1. There was a previous related action, entitled *CRV Enterprises, Inc. v. United States*, being Case No. 03-867L ("Case No. 03-867L"), originally filed April 30, 2003, and dismissed without prejudice in May of 2005.

2. Case No. 03-867L was originally assigned to Judge Nancy B. Firestone, and in January of 2004, was reassigned to Judge George W. Miller.

3. Case No. 03-867L was an action seeking just compensation in inverse condemnation from the defendant United States in connection with an EPA remediation project in Stockton, California, which is also the subject of the action being filed herewith. Case No. 03-867L was commenced after the EPA announced the remediation project, but before the project was actually commenced, and the project was thereafter delayed for several years due to various events not within CRV's control. On or about May 1, 2005, the parties stipulated to a dismissal of Case No. 03-867L without prejudice to plaintiff CRV re-filing a Complaint when the EPA recommenced the remediation project, pursuant to Rule 41. The EPA has now recommenced, and nearly completed, its remediation project, and CRV is filing this action as a result.

4. CRV is not aware of any need for consolidation, since this is a separate action, and Case No. 03-867L was previously dismissed without prejudice.

Dated: September 15, 2006

SHAPIRO BUCHMAN PROVINE & PATTON LLP

By: ______________________
John H. Patton
Attorneys for Plaintiff CRV Enterprises, Inc.

196309.1