**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CRV ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-660L |
| | ) | |
| v. | ) | Judge George W. Miller |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of William J. Shapiro as attorney for the United States in the above-referenced action. Service of all papers by U.S. Mail and Federal Express should be addressed as follows:

William J. Shapiro
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
501 I Street
Suite 9-700
Sacramento, CA 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)
william.shapiro@usdoj.gov

Dated: November 13, 2006.

Respectfully submitted,

s/ William J. Shapiro

WILLIAM J. SHAPIRO
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
501 I Street
Suite 9-700
Sacramento, CA 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)
william.shapiro@usdoj.gov

Attorney for Defendant

HelenAnne Listerman
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0239 (phone)
(202) 305-0506 (fax)
E-mail: HelenAnne.Listerman@usdoj.gov

Of Counsel:

Laurie Williams
Assistant Regional Counsel
U.S. EPA Region 9
75 Hawthorne St.
San Francisco, CA 94105