**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CRV ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-660L |
| | ) | |
| v. | ) | Judge George W. Miller |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**
**IN WHICH TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant, the United States of America, hereby moves pursuant to Rule 6.1 of the Rules of the Court of Federal Claims for an enlargement of time of thirty days, or to and including December 20, 2006, for the filing of its response to Plaintiff's complaint in the above-captioned matter. Plaintiff's complaint was filed on September 19, 2006, and Defendant's response is currently due on November 20, 2006. No previous enlargements of time for this response have been requested.

Additional time is required in order to coordinate the United States' position within the Department of Justice. Additional time is also required to permit adequate review of Plaintiff's previous lawsuit, CRV Enterprises, Inc. v. United States, Case No. 03-867L, which was dismissed by this Court without prejudice in May 2005.

The undersigned counsel has conferred with counsel for Plaintiff, who stated that Plaintiff does did not object to the requested enlargement of time.

Dated: November 13, 2006.

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

s/ William J. Shapiro
WILLIAM J. SHAPIRO
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 I Street
Suite 9-700
Sacramento, CA 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)
william.shapiro@usdoj.gov

HelenAnne Listerman
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0239 (phone)
(202) 305-0506 (fax)
E-mail: HelenAnne.Listerman@usdoj.gov

Of Counsel:

Laurie Williams
Assistant Regional Counsel
U.S. EPA Region 9
75 Hawthorne St.
San Francisco, CA 94105