# In the United States Court of Federal Claims

CRV ENTERPRISES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 06-660 L

Filed February 26, 2007

ORDER

On February 12, 2007, the parties submitted a Joint Preliminary Status Report in pursuant to Appendix A(III)(4) of the Rules of the United States Court of Federal Claims ("RCFC"). Consistent with the proposed deadlines suggested by the parties in the Joint Preliminary Status Report, the Court ORDERS:

(1) The parties shall exchange initial disclosures required by RCFC 26(a)(1) no later than **March 5, 2007**.

(2) The parties shall complete liability-related discovery no later than **October 1, 2007**, and no later than that same date shall file with the Court a joint status report setting forth their positions with respect to the nature and timing of further proceedings.

(3) Defendant shall file any motion for summary judgment after the close of liability-related discovery but in any event no later than **November 30, 2007**. Should plaintiff elect to file a cross-motion for summary judgment, it shall do so in accordance with RCFC 7.2(e).

IT IS SO ORDERED.

/s George W. Miller
GEORGE W. MILLER
Judge