**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CRV ENTERPRISES, INC., | ) | |
| Plaintiff, | ) | No. 06-660L |
| v. | ) | Judge George W. Miller |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO COMPEL**

Defendant, the UNITED STATES OF AMERICA, hereby moves pursuant to Rule 37(a) of the Court of Federal Claims to compel Plaintiff to comply with Rule 26(a)(1) and 33 of the Rules of the Court of Federal Claims, and immediately transmit Plaintiff's Initial Disclosures and a response to Defendant's First Set of Interrogatories. The United States has acted in good faith to secure the disclosures without court action, but Plaintiff has not complied with the Rules of this Court.

## I. Background

The parties were required to exchange Initial Disclosures, pursuant to Rule 26(a)(1), no later than March 5, 2007. See Order, dated Feb. 26, 2007 (Docket No. 10). This date had been suggested by the parties themselves in their Joint Preliminary Status Report. See Joint Preliminary Status Report, dated Feb. 12, 2007 (Docket No. 9-1). The United States was prepared to transmit its Initial Disclosures on March 5, 2007, but Plaintiff's counsel was not. See Def.'s Ex. 1 (Email from John H. Patton to William Shapiro, dated Mar. 2, 2007). Plaintiff's counsel requested that the parties exchange Initial Disclosures on March 30, and counsel for the United States did not object. See id.

The United States transmitted its Initial Disclosures to Plaintiff on March 30, as the parties had agreed. Plaintiff failed to transmit its Initial Disclosures on the agreed-upon date. Having not received Plaintiff's Initial Disclosures by March 30, the undersigned counsel transmitted Defendant's First Set of Discovery to Plaintiff on April 16, 2007. This set of discovery consisted of seventeen Interrogatories, six Requests for Admission, and ten Requests for Production of Documents. In the April 16th letter to Plaintiff's counsel accompanying Defendant's First Set of Discovery, the undersigned counsel asked that Plaintiff please transmit its Initial Disclosures without further delay.

Counsel for Plaintiff had not contacted the undersigned counsel by May 1. In response to an email from the undersigned counsel inquiring about Plaintiff's Initial Disclosures, counsel for Plaintiff informed government counsel that he would call on May 9, after returning from vacation. See Def.'s Ex. 2 (Email from John H. Patton to William Shapiro, dated May 1, 2007). Plaintiff's counsel failed to contact the undersigned counsel on May 9 as he had promised he would.

Plaintiff was required to transmit its responses to Defendant's First Set of Interrogatories no later than May 21, 2007. Plaintiff failed to do so, without providing any explanation to the undersigned counsel. On May 24, 2007, the undersigned counsel wrote a letter to Plaintiff's counsel inquiring again about Plaintiff's discovery responses. See Def.'s Ex. 3 (Letter from William Shapiro to John H. Patton, dated May 24, 2007).

Plaintiff responded to the government's May 24th letter on May 25th. See Def.'s Ex. 4 (Letter from John H. Patton to William Shapiro, dated May 25, 2007). In his May 25th letter, Plaintiff's counsel "commit[ed] to providing [government counsel] our Rule 26 disclosure[s] by

June 8, as well as the interrogatory responses."

On June 8, Plaintiff transmitted responses to Defendant's Requests for Admission and Defendant's Requests for Production of Documents. Plaintiff did not transmit its Initial Disclosures and did not respond to Defendant's Interrogatories. Hence, Plaintiff is currently ten weeks late in transmitting its Initial Disclosures and three weeks late in responding to Defendant's First Set of Interrogatories. Government counsel has attempted in good faith to secure these responses without involving the Court.

## II. Discussion

Rule 37(a) permits a "party, upon reasonable notice to other parties . . . [to] apply for an order compelling disclosure or discovery. . . ." Under the rule, the movant must certify that he has "conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action." RCFC 37(a)(2). The undersigned counsel has undertaken such good faith efforts, but those efforts have not yet been successful.

Plaintiff's unexplained and unreasonable delay in transmitting its Initial Disclosures and responding to the government's discovery requests is extremely prejudicial to the United States. Among other reasons, the undersigned counsel will be on leave from June 13 to July 9, 2007. Government counsel intentionally scheduled discovery in this case with these dates in mind. Even if Plaintiff transmits its initial disclosures today (ten weeks late) or responds to the government's Interrogatories today (three weeks late), the undersigned counsel will not have an opportunity to review those documents until July 9. Plaintiff's delay in responding to the government's discovery, therefore, creates serious prejudice to the United States.

Based on the discussion above, Defendant respectfully requests that the Court order

Plaintiff to transmit its Initial Disclosures and respond to the government's Interrogatories no later than June 12. In addition, Defendant requests the opportunity to request an enlargement of liability-related discovery after the undersigned counsel has had an adequate amount of time to review Plaintiff's late submissions. Defendant suggests that it be given until July 13 to propose an amended discovery schedule.

Based on the discussion above, Defendant requests that the Court grant this motion and enter any other remedy that the Court may deem just.

Dated: June 11, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ William J. Shapiro
WILLIAM J. SHAPIRO
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
501 I Street
Suite 9-700
Sacramento, CA 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)

HELENANNE LISTERMANN
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
601 D Street, NW
Washington, DC 20530
(202) 305-0239 (phone)
(202) 305-0506 (fax)

Of Counsel:
Laurie Williams
US EPA Region 9
75 Hawthorne St.
San Francisco, CA 94105