## Shapiro, William (ENRD)

**From:** John H. Patton [jpatton@sbllp.com]

**Sent:** Friday, March 02, 2007 8:39 AM

**To:** Shapiro, William (ENRD)

**Subject:** CRV v. USA

Bill -- The first phase of my trial went longer than I anticipated (we received the decision late last week) and we are starting the second phase much earlier (March 12). Long story short, because I have been and am so tied up with this trial we will not be able to meet the March 5 exchange under Rule 26, and need to move it back. Realistically, I would ask that we move it to March 30. I don't think we need the court's permission to do that. Incidentally, could you send me a final copy of our last joint report to the Court that you signed on my behalf. Also, I have seen no scheduling order from the Court, so I assume none has been issued.

Please let me know if this is OK and I apologize for the delay, but I want to do the disclosure properly, and time does not permit.

John H. Patton
SHAPIRO BUCHMAN PROVINE & PATTON, LLP
1333 North California Blvd., Suite 350
Walnut Creek, CA 94596
(925) 944-9700
(925) 944-9701 (fax)
jpatton@sbllp.com