**Shapiro, William (ENRD)**

**From:** John H. Patton [jpatton@sbllp.com]
**Sent:** Tuesday, May 01, 2007 8:32 PM
**To:** Shapiro, William (ENRD)
**Cc:** Robert W. Shapiro
**Subject:** RE: CRV v. USA

Bill -- I will call you when I return on May 9. I am out of the office on vacation. Thanks, JHP

-----Original Message-----
From: Shapiro, William (ENRD) [mailto:William.Shapiro@usdoj.gov]
Sent: Tuesday, May 01, 2007 2:53 PM
To: John H. Patton
Subject: RE: CRV v. USA

John,

As I mentioned in my letter to you sending our discovery requests, dated April 16, 2007, we have still not received plaintiffs' initial disclosures in this case. Can you please contact me at your earliest convenience to discuss?

Bill Shapiro
916-930-2207