**U.S. Department of Justice**

Environment and Natural Resources Division

*Natural Resource Section*
*Sacramento Field Office*
*501 I Street, Suite 9-700*
*Sacramento, CA 95814-2322*

*Telephone (916) 930-2207*
*Facsimile (916) 930-2210*

May 24, 2007

**BY FEDERAL EXPRESS**

John H. Patton
Shapiro, Buchman Provine & Patton, LLP
1333 North California Blvd., Suite 350
Walnut Creek, CA 94596
(925) 944-9700 (phone)

Re: CRV Enterprises, Inc. v. United States, Case No. 06-6607L

Dear John,

As you know, we have not received plaintiff's initial disclosures, which were due at the end of March. In addition, we have not received plaintiff's responses to our April 16, 2007 discovery requests, which were due May 21.

In your email to me dated March 2, you stated that you intended to send your initial disclosures by March 30. We transmitted our initial disclosures to you on time, in accordance with our agreement. In my letter to you, dated April 16, I informed you that we had not received your initial disclosures as of that date. Receiving no response, I inquired again by email to you, dated May 1. Your email response, also dated May 1, stated that you would call me on May 9. I have not heard from you since receiving your May 1 email.

In short, we have not received your initial disclosures, which are now nearly two months late. In addition, we have also not received plaintiff's responses to our discovery responses. Please transmit your discovery responses immediately so that we can avoid having to approach the Court.

Sincerely,

William J. Shapiro

cc: Laurie Williams, EPA
HelenAnne Listermann, DOJ

Defendant's Motion to Compel
Exhibit 3