SHAPIRO BUCHMAN PROVINE PATTON LLP

1333 N. California Boulevard, Suite 350
Walnut Creek, California 94596
T 925 944 9700
F 925 944 9701

May 25, 2007

Reply to:
John H. Patton
E-mail: jpatton@sbllp.com

**VIA FACSIMILE (916) 930-2210**
**AND FIRST CLASS MAIL**

William J. Shapiro, Esq.
U.S. DEPARTMENT OF JUSTICE
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, CA 95814-2322

Re: CRV Enterprises, Inc. v. USA, CC Case No. 06-6607L
Our File No. 30249.001

Dear Bill:

Thank you for your letter dated May 24. As I stated in our telephone conversation this morning, I apologize for not getting you CRV's disclosure and interrogatory responses. As you know, I was in trial from January through March, and I unfortunately, have been tied up in other matters (and a vacation) since that time. I am turning to the matters addressed in your letter immediately.

I understand that you are leaving on a vacation on June 12, and will not be returning until mid-July. As I indicated, I commit to providing you with our Rule 26 disclosure by June 8, as well as the interrogatory responses. I request that you refrain from approaching the Court, at least until that time.

Again, please accept my apologies. Thank you for your anticipated cooperation, and I wish you a pleasant vacation.

Very truly yours,

John H. Patton

JHP:jhp
cc: Client
Robert W. Shapiro, Esq.

201729.1