# In the United States Court of Federal Claims

| | |
|---|---|
| CRV ENTERPRISES, INC.,<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-660 L<br><br>Filed June 12, 2007 |

**ORDER**

This matter is before the Court on defendant's motion to compel discovery filed June 11, 2007 (docket entry 11). The Court and the parties participated in a telephonic status conference regarding the motion on June 12, 2007. Consistent with the discussion during the status conference, the Court does hereby **ORDER** as follows:

1) Plaintiff shall serve its initial disclosures, as required by Rule 26(a)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), by close of business today, **June 12, 2007.**

2) Plaintiff shall serve its answers to defendant's first set of interrogatories, served April 16, 2007, by close of business today, **June 12, 2007**, except that plaintiff shall have until close of business **Friday, June 15, 2007,** to serve the one answer that it is not in a position to serve by close of business today.

3) The Court will defer consideration of defendant's request that it be granted leave to propose an amended discovery schedule until sometime after the status conference of September 18, 2007, described in paragraph 6 of this Order. In the meantime, the deadlines set forth in paragraphs 2 and 3 of the Court's Order filed February 26, 2007 (docket entry 10), shall remain in full force and effect. Any extension of those deadlines will be permitted only upon a showing of good cause.

4) The parties shall file joint status reports on **July 16, 2007**, **August 13, 2007**, and **September 13, 2007,** describing the discovery that has been accomplished, the discovery that is planned, and the schedule for completing such discovery. Either party shall request a further telephonic status conference if it believes that the other party is not making discovery in a cooperative and timely manner.

5) Plaintiff is hereby placed on notice that the Court will regard any further instances of egregious delay in responding to defendant's discovery requests as grounds for dismissal for failure to prosecute pursuant to RCFC 41(b).

6) The parties and the Court will participate in a further telephonic status conference on **Monday, September 18, 2007, at 4:30 p.m. Eastern time** to discuss a schedule for further pre-trial proceedings looking toward either a disposition on motion, a trial on the merits, or some combination of the two. The Court will initiate the call.

**IT IS SO ORDERED.**

/s George W. Miller
GEORGE W. MILLER
Judge