**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CRV ENTERPRISES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-660L |
| | ) | |
| v. | ) | Judge George W. Miller |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Plaintiff, CRV Enterprises, Inc., and Defendant, the United States of America, by and through their respective counsel, submit this Joint Status Report pursuant to the Court's Order dated June 12, 2007.

Since the Court's order was issued, the following discovery has been accomplished:

1. Plaintiff served its Initial Disclosures on June 12, 2007. On June 12, 2007, Plaintiff transmitted its partial response to Defendant's First Set of Interrogatories, which were propounded on April 16, 2007. On June 14, 2007, Plaintiff transmitted its Supplemental Response to Defendant's First Set of Interrogatories.
2. On June 28, 2007, Defendant sent a letter to Plaintiff requesting clarification to and supplementation of certain discovery responses served by Plaintiff.
3. Plaintiff served its Second Supplemental Response to Defendant's First Set of Interrogatories on July 9, 2007.
4. Defendant is in the process of reviewing Plaintiff's submissions. Defendant intends to complete its review before deciding whether to propound additional discovery requests.

As ordered by the Court, the parties will file their next Joint Status Report on August 13, 2007, to address the status of discovery in the case.

This motion was jointly prepared by counsel for the parties. Counsel for Plaintiff has authorized the undersigned to file this motion on behalf of both parties.

Dated: July 16, 2007

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

/s/ William J. Shapiro by HelenAnne Listerman
WILLIAM J. SHAPIRO
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
501 I Street
Suite 9-700
Sacramento, CA 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)

HELENANNE LISTERMAN
Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
601 D Street, NW
Washington, DC 20530
(202) 305-0239 (phone)
(202) 305-0506 (fax)

Of Counsel:

Laurie Williams
US EPA Region 9
75 Hawthorne St.
San Francisco, CA 94105

John H. Patton
SHAPIRO BUCHMAN PROVINE & PATTON, LLP
1333 North California Blvd., Suite 350
Walnut Creek, CA 94596
(925) 944-9700
(925) 944-9701 (fax)
jpatton@sbllp.com
*Attorney for Plaintiff*