**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CRV ENTERPRISES, INC., Plaintiff, v. THE UNITED STATES Defendant. | Case No. 06-6607L<br>Judge George W. Miller |

**JOINT STATUS REPORT**

Plaintiff, CRV Enterprises, Inc., and Defendant, the United States of America, by and through their respective counsel, submit this Joint Status Report, pursuant to the Court's Order, dated June 12, 2007.

1. As noted in the parties' Joint Status Report dated July 16, 2007, Plaintiff transmitted to the United States its Second Supplemental Response to Defendant's First Set of Interrogatories on July 9, 2007.

2. The United States is continuing its review of Plaintiff's submissions, and expects to complete its review shortly.

3. On July 18, 2007, counsel for the parties discussed two discovery-related issues by telephone. Specifically, the United States requested that Plaintiff identify the subjects of the information relevant to the individuals identified in Plaintiff's June 12, 2007 Initial Disclosures, and also that Plaintiff clarify a previously-given interrogatory response. The United States requested the information by letter on July 25, 2007.

4. Plaintiff provided the requested information by letter, dated August 3, 2007.

5. The parties intend to discuss the need for depositions, and will attempt to agree upon a

schedule for depositions. Due to Plaintiff's counsel's previously-scheduled travel plans, the parties do not expect to set a schedule for depositions until August 31, 2007.

6. As ordered by the Court, the parties will submit a Joint Status Report on September 13, 2007, to further address the status of discovery in this case.

This Joint Status Report was jointly prepared by counsel for the parties. Counsel for Plaintiff has authorized counsel for the United States to file this motion on behalf of both parties.

Dated: August 13, 2007.

Respectfully submitted,

SHAPIRO BUCHMAN PROVINE & PATTON, LLP

_/s/ John H. Patton______________
JOHN H. PATTON
1333 North California Blvd., Suite 350
Walnut Creek, CA 94596
(925) 944-9700 (phone)
(925) 944-9701 (facsimile)
jpatton@sbllp.com

Attorneys for Plaintiff CRV Enterprises, Inc.

_/s/ William J. Shapiro______
WILLIAM J. SHAPIRO
HELENANNE LISTERMAN
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
501 I Street
Suite 9-700
Sacramento, CA 95814
916-930-2207 (phone)
916-930-2210 (fax)

Attorneys for Defendant

Of Counsel:

Laurie Williams
Assistant Regional Counsel
U.S. EPA Region 9
75 Hawthorne Street
San Francisco, CA 94105