**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CRV ENTERPRISES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-660L<br>Judge George W. Miller |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff, CRV Enterprises, Inc., and Defendant, the United States of America, by and through their respective counsel, submit this Joint Status Report, pursuant to the Court's Order, dated June 12, 2007.

1. The United States transmitted its Second Set of Requests for Admission to Plaintiff on August 31, 2007. Plaintiff anticipates providing its response no later than October 1, 2007.

2. Pursuant to the Court's February 26, 2007 Order, liability-related discovery is currently set to end on October 1, 2007. While the parties intend to complete written liability-related discovery by that date, the parties have not yet engaged in depositions. The parties agree, therefore, that additional time is needed to complete liability-related depositions.

3. The parties will complete liability-related depositions on or before December 7, 2007.

To effectuate the parties' agreement, the parties have filed a concomitant Motion for a Revised Schedule. This Joint Status Report was jointly prepared by counsel for the parties. Counsel for Plaintiff has authorized counsel for the United States to file this motion on behalf of

both parties.

Dated: September 13, 2007.

Respectfully submitted,

SHAPIRO BUCHMAN PROVINE & PATTON, LLP

_/s/ John H. Patton_____________
JOHN H. PATTON
1333 North California Blvd., Suite 350
Walnut Creek, CA 94596
(925) 944-9700 (phone)
(925) 944-9701 (facsimile)
jpatton@sbllp.com

Attorneys for Plaintiff CRV Enterprises, Inc.

_/s/ William J. Shapiro______
WILLIAM J. SHAPIRO
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
501 I Street
Suite 9-700
Sacramento, CA 95814
916-930-2207 (phone)
916-930-2210 (fax)

Attorney for Defendant

Of Counsel:

Laurie Williams
Assistant Regional Counsel
U.S. EPA Region 9
75 Hawthorne Street
San Francisco, CA 94105