**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CRV ENTERPRISES, INC., Plaintiff, v. THE UNITED STATES Defendant. | Case No. 06-660L<br>Judge George W. Miller |

**JOINT MOTION FOR REVISED SCHEDULE**

Plaintiff, CRV Enterprises, Inc., and Defendant, the United States of America, by and through their respective counsel, move to revise the schedule established in the Court's February 26, 2007 Order. For the reasons set forth in the parties' September 13, 2007 Joint Status Report, the parties request that the Court revise the schedule to the following:

1. Written liability-related discovery shall end on October 1, 2007.
2. The parties shall complete liability-related depositions on or before December 7, 2007.
3. The United States shall file any motion for summary judgment after the close of liability-related discovery but in any event no later than February 1, 2008. Should Plaintiff elect to file a cross-motion for summary judgment, it shall do so in accordance with RCFC 7.2(e).

Dated: September 13, 2007.

Respectfully submitted,

SHAPIRO BUCHMAN PROVINE & PATTON, LLP

_/s/ John H. Patton_____________
JOHN H. PATTON
1333 North California Blvd., Suite 350

Walnut Creek, CA 94596
(925) 944-9700 (phone)
(925) 944-9701 (facsimile)
jpatton@sbllp.com

Attorneys for Plaintiff CRV Enterprises, Inc.

_/s/ William J. Shapiro______

WILLIAM J. SHAPIRO
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
501 I Street
Suite 9-700
Sacramento, CA 95814
916-930-2207 (phone)
916-930-2210 (fax)

Attorney for Defendant

Of Counsel:

Laurie Williams
Assistant Regional Counsel
U.S. EPA Region 9
75 Hawthorne Street
San Francisco, CA 94105