# In the United States Court of Federal Claims

| | |
|---|---|
| CRV ENTERPRISES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-660 L<br>Filed September 17, 2007 |

**ORDER**

On September 13, 2007, the parties filed a joint motion to revise the schedule set forth in this Court's February 26, 2007 Order. The reason for the request, as described in the parties' Joint Status Report, also filed September 13, 2007, is that the parties have not yet engaged in deposition discovery related to liability. Therefore additional time is needed to complete liability-related depositions.

In light of the above, the parties' joint motion (docket entry 16) is hereby GRANTED. Written liability-related discovery shall end on **Monday, October 1, 2007**. The parties shall complete liability-related depositions on or before **Friday, December 7, 2007**. Defendant shall file any motion for summary judgment after the close of liability-related discovery but in any event no later than **Friday, February 1, 2008**. Should plaintiff elect to file a cross-motion for summary judgment, it shall do so in accordance with RCFC 7.2(e).

**IT IS SO ORDERED.**

/s George W. Miller
GEORGE W. MILLER
Judge