# In the United States Court of Federal Claims

| | |
|---|---|
| CRV ENTERPRISES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-660 L<br>Filed October 4, 2007 |

## ORDER

On February 26, 2007, the Court issued an order that, *inter alia*, set a deadline of October 1, 2007 for a joint status report, after completion of liability-related discovery. On September 17, 2007, pursuant to the parties' joint motion for a revised schedule, the Court issued an order revising the schedule for liability-related discovery, extending the liability-related deposition discovery deadline to Friday, December 7, 2007. Neither the joint motion nor this Court's order addressed the October 1, 2007 deadline for a joint status report. However, in view of the revised schedule, the Court determines that a new deadline should be set for the joint status report.

In light of the above, the Court does hereby ORDER that the parties file a joint status report on or before **Monday, December 10, 2007**. In the joint status report, the defendant shall indicate whether it intends to file a motion for summary judgement no later than **Friday, February 1, 2008**, and the plaintiff shall indicate whether it intends to file a cross-motion for summary judgment, in accordance with RCFC 7.2(e).

**IT IS SO ORDERED.**

/s George W. Miller
GEORGE W. MILLER
Judge