**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CRV ENTERPRISES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 06-660L<br>Judge George W. Miller |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR REVISED SCHEDULE**

Plaintiff, CRV Enterprises, Inc., and Defendant, the United States of America, by and through their respective counsel, move to revise the schedule established in the Court's September 17, 2007 and October 4, 2007 Orders. The parties have completed written liability-related discovery and nearly completed liability-related depositions. According to the Court's September 17, 2007 Order, liability-related depositions must be completed by December 7, 2007. The parties believe a short extension of this date is necessary in order to complete this task. The parties, therefore, respectfully request that the Court revise the schedule as follows:

| **Event** | **Date established by Court's September 17, 2007 or October 4, 2007 Orders** | **Proposed Date** |
|---|---|---|
| Close of written liability-related discovery | October 1, 2007 | October 1, 2007 (completed) |
| Completion of liability-related depositions | December 7, 2007 | January 18, 2008 |
| Parties shall file a Joint Status Report indicating whether either party intends to file a motion for summary judgment | December 10, 2007 | January 25, 2008 |

| | | |
|---|---|---|
| Due date for motion for summary judgment (if either party indicates an intention to file such a motion in the Joint Status Report) | No later than February 1, 2008 | March 15, 2008 |

This motion was prepared by counsel for the United States on behalf of both parties. Counsel for Plaintiff has reviewed this document and consented to its filing on behalf of both parties.

Dated: December 4, 2007.

Respectfully submitted,

SHAPIRO BUCHMAN PROVINE & PATTON, LLP

_/s/ John H. Patton______________
JOHN H. PATTON
1333 North California Blvd., Suite 350
Walnut Creek, CA 94596
(925) 944-9700 (phone)
(925) 944-9701 (facsimile)
jpatton@sbllp.com
Attorneys for Plaintiff CRV Enterprises, Inc.

RONALD J. TENPAS
Acting Assistant Attorney General

_/s/ William J. Shapiro______
WILLIAM J. SHAPIRO
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
501 I Street, Suite 9-700
Sacramento, CA 95814
916-930-2207 (phone)
916-930-2210 (fax)
Attorney for Defendant

Of Counsel:

Laurie Williams
Assistant Regional Counsel
U.S. EPA Region 9
75 Hawthorne Street
San Francisco, CA 94105