John H. Patton, California SBN 069261
Matthew K. Wisinski, California SBN 195535
SHAPIRO BUCHMAN PROVINE & PATTON LLP
1333 North California Boulevard, Suite 350
Walnut Creek, CA 94596
Telephone: (925) 944-9700
Facsimile: (925) 944-9701
E-mail: jpatton@sbllp.com
Attorneys for Plaintiff CRV Enterprises, Inc.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **CRV ENTERPRISES, INC., a California corporation,**<br><br>Plaintiff,<br><br>vs.<br><br>**THE UNITED STATES OF AMERICA,**<br><br>Defendant. | No. 06-660L<br><br>**DECLARATION OF JOHN H. PATTON IN SUPPORT OF PLAINTIFF CRV ENTERPRISES, INC.'S MOTION FOR ORDER GRANTING LEAVE TO FILE 1ST AMENDED COMPLAINT [RCFC 15]**<br><br>Judge George W. Miller |

## DECLARATION OF JOHN H. PATTON

I, John H. Patton, state and declare as follows:

1. I am an attorney at law licensed to practice in the State of California, admitted to practice before the above-entitled Court, and a partner of Shapiro Buchman Provine & Patton, LLP, attorneys of record for plaintiff CRV Enterprises ("CRV") in the above-entitled action. I make this Declaration in support of the accompanying motion for Order granting leave to file First Amended Complaint.

2. This action consists of a claim for money damages as compensation against the defendant United States of America (USA) arising out of the defendant's

uncompensated taking of and injury to real property owned by plaintiffs CRV and C. Ryan Voorhees (1404 West Weber Avenue, Stockton, CA.), as authorized by the Tucker Act, 28 U.S.C. § 1491.

3. Plaintiff CRV had previously commenced an action against the defendant USA arising out of the matters alleged in this case on April 30, 2003 (Case No. 1:03-cv-00867-GWM), at a time when Defendant USA was planning but had not yet physically installed the improvements that are subjects of this action, but the respective parties agreed to dismiss such action without prejudice because it was not yet ripe, and such stipulation was entered by this Court on May 16, 2005.

4. On or about October 11, 2004, and for reasons having nothing to do with the claims asserted in this action, plaintiff CRV conveyed the property which is the subject of this action, 1404 West Weber Avenue, Stockton, CA. ("the Stockton Property") to its owner and principal, C. Ryan Voorhees, an individual. This conveyance was memorialized by deed recorded October 20, 2004. Through inadvertence, I was not made aware of this conveyance, and did not know that it had occurred until December of 2007.

5. I am informed and believe that on or about August of 2006, Defendant USA began installing the physical improvements that are the subject of the takings claim in this action, resulting in the taking of the Stockton Property that is the subject of this action. On September 20, 2006, and unaware of the transfer set forth in Paragraph 4 above, I prepared the Complaint and filed same in the above-entitled action, with CRV named as the only party plaintiff in the Complaint. In preparing the

Complaint, I mistakenly assumed that the Stockton Property continued to be held in the name of plaintiff CRV.

6. The deposition of C. Ryan Voorhees, individually, and appearing on behalf of plaintiff CRV pursuant to RCFC Rule 30(b)(6), was commenced on November 19, 2007. I personally attended this deposition. During the course of that deposition, questions were propounded to Mr. Voorhees by counsel for Defendant USA (William R. Shapiro) concerning ownership of the Stockton Property. Mr. Voorhees, and entities under his control such as CRV, are property developers. During his deposition, Mr. Voorhees was somewhat unsure as to the current ownership of the Stockton Property. He testified that this confusion is because, he, and entities under his control, have been and continue to be involved in numerous properties and development projects over the past 15+ years, and for various business reasons there have been transfers of such properties between Mr. Voorhees and related companies.

7. As a result of the deposition questions and answers, and following the Thanksgiving holidays, I conducted further investigation as to the ownership of such property. As a result of reviewing public records during the course of that further investigation, I first learned of the 2004 transfer described above in Paragraph 4. As such, it appears that C. Ryan Voorhees was and is a proper party plaintiff in this action, as owner of the Stockton Property at the time of the alleged taking in this action (2006).

8. Without getting into or disclosing the substance of any confidential and protected communications between attorney and client, I have also confirmed that

the transfer described above was done for tax-related reasons, having nothing to do with the claims or merits of the above-entitled action.

9. Shortly after learning of this transfer, on December 20, 2007, I telephoned to advise counsel for Defendant USA (William R. Shapiro) about learning of the transfer, and requested a stipulation permitting leave to file an amended pleading adding C. Ryan Voorhees as a plaintiff herein. This conversation was followed-up with an electronically transmitted letter to Mr. Shapiro, confirming same on December 20, 2007. A true and correct copy of my December 20, 2007 e-mail and letter is attached hereto, marked Exhibit 1, and incorporated herein by reference.

10. On December 27, 2007, I electronically forwarded a proposed written stipulation permitting leave to file the proposed First Amended Complaint to counsel for Defendant USA (William R. Shapiro), a true and correct copy of which is attached hereto, marked Exhibit 2, and incorporated herein by reference.

11. On or about December 28, 2007, I conducted a meet-and-confer telephone call with counsel for Defendant USA (William R. Shapiro) to discuss Plaintiff's request for stipulation, and Mr. Shapiro represented that Defendant USA probably would not stipulate to amendment of the pleadings, but probably would not oppose the request for leave to amend, pursuant to motion.

12. On December 28, 2007, I electronically transmitted a copy of the proposed First Amended Complaint to counsel for Defendant USA (William R. Shapiro), in the form that is attached to the accompanying motion. Attached hereto, marked Exhibit 3, and incorporated herein by reference, is a copy of that e-mail.

13. On January 7, 2008, counsel for Defendant USA (William R. Shapiro) electronically transmitted a letter to me confirming that Defendant USA would not stipulate to amendment of the pleadings, but does not oppose the request for leave to file the proposed First Amended Complaint (attached), pursuant to motion. A true and correct copy of Mr. Shapiro's January 7, 2008 letter is attached hereto, marked Exhibit 4, and incorporated herein by reference.

14. I am informed and believe and on that basis state, that leave to amend permitting the addition of C. Ryan Voorhees as a party plaintiff herein is consistent with the interests of justice, in that Mr. Voorhees was and is owner of an interest in the Stockton Property, which is the subject of the taking alleged in the above-entitled action, and was such an owner at the time of the alleged taking, and it therefore appears that amendment to add such a proper party is in the interests of judicial economy adjudicating all proper parties' rights with regard to the matters that are the subject of this action.

15. I am aware of, and have not been told of any prejudice that would be suffered by any party if the requested leave to amend is granted.

16. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and of my own personal knowledge, except as to matters stated upon information and belief, and as to those matters, I believe that they are true and correct, and that this Declaration was executed this 14th day of January, 2008, at Walnut Creek, California, United States of America.

John H. Patton

206304.1

# Exhibit 1

**John H. Patton**

**From:** John H. Patton
**Sent:** Thursday, December 20, 2007 2:42 PM
**To:** William.Shapiro@usdoj.gov
**Cc:** Robert W. Shapiro
**Subject:** CRV. V. USA

20071220144250.pdf (349 KB)

Bill -- Per our discussion earlier today, attached is a letter regarding our request to amend.

Regards,

John H. Patton
SHAPIRO BUCHMAN PROVINE & PATTON, LLP
1333 North California Blvd., Suite 350
Walnut Creek, CA 94596
(925) 944-9700
(925) 944-9701 (fax)
jpatton@sbllp.com



EXHIBIT 1

SHAPIRO BUCHMAN PROVINE PATTON LLP

1333 N. California Boulevard, Suite 350
Walnut Creek, California 94596
T 925 944 9700
F 925 944 9701

December 20, 2007

Reply to:
John H. Patton
E-mail: jpatton@sbllp.com

**VIA ELECTRONIC**
**AND FIRST CLASS MAIL**

William J. Shapiro, Esq.
U.S. DEPARTMENT OF JUSTICE
Natural Resources Section
501 I Street, Suite 9-700
Sacramento, CA 95814-2322

Re: CRV Enterprises, Inc. v. USA, CC Case No. 06-6607L
Our File No. 30249.001

Dear Bill:

As I mentioned in our telephone discussion today, and based upon your questioning of Ryan Voorhees at his deposition, we recently investigated the ownership of the 1404 West Weber property to confirm the exact ownership. Upon doing so, we have learned that, according to the assessor's records, CRV Enterprises, Inc. ("CRV") deeded the property to C. Ryan Voorhees, a married man, as his separate property, on October 11, 2004. This deed was recorded on October 20, 2004. Neither Ryan nor I were aware of that at the time he was questioned on this, although obviously, Ryan forgot and was not clear on the ownership. Of course, we will correct his deposition testimony in that regard.

It thus appears that Ryan Voorhees, as an individual, is an appropriate plaintiff and should be added to the case. We believe that amendment of the pleadings is appropriate, and request the government's stipulation to an Order permitting the filing of a First Amended Complaint to that end. We believe that such an amendment is in the interests of justice, and judicial economy. We also do not believe that such a corrective amendment would in any way prejudice the government's rights, and, in fact believe that amendment would be far more beneficial to the government than instituting a new and separate action, which Mr. Voorhees certainly could do.

Please let me know if the government will stipulate to such an amendment, in lieu of requiring a motion to amend. Again, I think it makes a lot more sense to do that than any other course. Both sides should want to move forward to get this matter resolved.

Also, my regards for the Holiday Season,

Very truly yours,

John H. Patton

JHP:jhp
cc: Client
Robert W. Shapiro, Esq.

205936.1

# Exhibit 2

**John H. Patton**

---

**From:** John H. Patton
**Sent:** Thursday, December 27, 2007 3:21 PM
**To:** William.Shapiro@usdoj.gov
**Subject:** CRV v. USA

20071227152355.pdf (519 KB)

Here is a proposed stipulation regarding amending the complaint.

John H. Patton
SHAPIRO BUCHMAN PROVINE & PATTON, LLP
1333 North California Blvd., Suite 350
Walnut Creek, CA 94596
(925) 944-9700
(925) 944-9701 (fax)
jpatton@sbllp.com

EXHIBIT 2

John H. Patton, California SBN 069261
Matthew K. Wisinski, California SBN 195535
SHAPIRO BUCHMAN PROVINE & PATTON LLP
1333 North California Boulevard, Suite 350
Walnut Creek, CA 94596
Telephone: (925) 944-9700
Facsimile: (925) 944-9701
E-mail: jpatton@sbllp.com
Attorneys for Plaintiff CRV Enterprises, Inc.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **CRV ENTERPRISES, INC.,**<br>Plaintiff,<br>v.<br>**THE UNITED STATES OF AMERICA,**<br>Defendant. | Case No. 06-660L<br>Judge George W. Miller |

**STIPULATION FOR ORDER GRANTING LEAVE TO FILE**

**FIRST AMENDED COMPLAINT**

**WHEREAS,** plaintiff CRV Enterprises, Inc. and C. Ryan Voorhees, wish to file the proposed First Amended Complaint in the form attached hereto, adding C. Ryan Voorhees as an individual plaintiff to this action; and

**WHEREAS,** without admitting or agreeing with the propriety of any of the allegations or theories of the proposed First Amended Complaint, the defendant

United States of America wishes to conserve judicial resources by avoiding the necessity of a motion seeking leave to amend; now, therefore,

**IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS,** by and between plaintiff CRV Enterprises, Inc. and defendant United States of America, by and through their respective lead counsel:

1. That the Court may enter an Order granting plaintiff CRV Enterprises, Inc. and C. Ryan Voorhees leave to file the First Amended Complaint in the form attached hereto, adding C. Ryan Voorhees as a party plaintiff.

2. That upon filing and service of the First Amended Complaint, defendant United States of America shall have the election of standing upon its current Answer, or thirty (30) days in which to file a response, unless further extended by agreement of the parties and/or Order of the Court.

**THE FOREGOING IS SO STIPULATED.**

/ / / / /

/ / / / /

/ / / / /

Dated: December 27, 2007

SHAPIRO BUCHMAN PROVINE & PATTON LLP

By: ______________________
John H. Patton
Attorneys for Plaintiff CRV Enterprises, Inc.

Dated: ______________________

By: ______________________
William Shapiro
Trial Attorney
Natural Resources Section
Environmental & Natural Resources Division
U.S. Department of Justice
501 I Street, Suite 9-700
Sacramento, CA 95814
Attorneys for Defendant United States of America

**ORDER**

**THE FOREGOING IS HEREBY ORDERED.**

Dated: ______________________

______________________
George W. Miller
JUDGE

205895.1

# Exhibit 3

**John H. Patton**

**From:** John H. Patton
**Sent:** Friday, December 28, 2007 3:54 PM
**To:** William.Shapiro@usdoj.gov
**Cc:** Matthew K. Wisinski; Robert W. Shapiro
**Subject:** CRV v. USA

20071228155432.pdf (1 MB)

Bill -- Attached is our proposed amended Complaint. Hope you have a good new year.

John H. Patton
SHAPIRO BUCHMAN PROVINE & PATTON, LLP
1333 North California Blvd., Suite 350
Walnut Creek, CA 94596
(925) 944-9700
(925) 944-9701 (fax)
jpatton@sbllp.com

EXHIBIT
3

# Exhibit 4

**U.S. Department of Justice**

Environment and Natural Resources Division

*Natural Resource Section*
*Sacramento Field Office*
*501 I Street, Suite 9-700*
*Sacramento, CA 95814-2322*

*Telephone (916) 930-2207*
*Facsimile (916) 930-2210*

January 7, 2008

**BY EMAIL, ORIGINAL TO FOLLOW VIA FEDERAL EXPRESS**

John H. Patton
Shapiro, Buchman Provine & Patton, LLP
1333 North California Blvd., Suite 350
Walnut Creek, CA 94596
(925) 944-9700 (phone)

Re: CRV Enterprises, Inc. v. United States, Case No. 06-6607L

Dear John,

This letter provides our response to your recent proposal to amend the complaint in the above-titled case. We will not oppose an amendment of the complaint so long as the amendment merely adds Ryan Voorhees as a named plaintiff. I understand that you will want to add "he" or "they" in place or "it" in the amended complaint, and have no objection to those grammatical changes. However, we would oppose any other amendments at this late date.

Our non-opposition is premised on plaintiff's theory that this is a physical taking only, which allegedly took place after Mr. Voorhees acquired the property from CRV Enterprises, Inc. In agreeing to not oppose the amendment, we do not intend to waive any defenses.

Sincerely,

William J. Shapiro

cc: Laurie Williams, EPA

EXHIBIT
4