# In the United States Court of Federal Claims

| | | |
|---|---|---|
| CRV ENTERPRISES, INC., | ) | |
| Plaintiff, | ) | No. 06-660 L |
| v. | ) | |
| | ) | Filed January 22, 2008 |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**ORDER**

On January 16, 2008, plaintiff filed a motion for order granting leave to file first amended complaint (docket entry 21). The proposed first amended complaint, submitted along with the motion, adds C. Ryan Voorhees as a party plaintiff. The Court has conferred with defendant and understands that defendant does not oppose the motion.

In light of the above, the Court does hereby ORDER that plaintiff's motion for leave is **GRANTED**. Plaintiff shall refile its amended complaint, in the form attached to its motion for leave, on or before **Friday, January 25, 2008.**

**IT IS SO ORDERED.**

/s George W. Miller
GEORGE W. MILLER
Judge