**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CRV ENTERPRISES, INC. and ,<br>C. RYAN VOORHEES,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES<br><br>Defendant. | ) | Case No. 06-660L<br>Judge George W. Miller |

**JOINT STATUS REPORT**
**AND**
**JOINT MOTION FOR MODIFICATION OF SCHEDULE**

Plaintiffs, CRV Enterprises, Inc., and Ryan Voorhees, and Defendant, the United States of America, by and through their respective counsel, submit this Joint Status Report, pursuant to the Court's Order, dated December 5, 2007.

1. In the parties' Joint Motion for Revised Schedule, dated December 4, 2007 (Doc. No. 19), the parties indicated that they would inform the Court whether either party intends to file a motion for summary judgment in this Joint Status Report. The parties hereby inform the Court that both parties intend to file motions for summary judgment.

2. Pursuant to the Court's December 5, 2007 Order, the parties are permitted to file cross motions for summary judgment by March 15, 2008.

3. On January 22, 2008, the Court granted Plaintiff CRV Enterprises, Inc.'s ("CRV's") Motion for Order Granting leave to File First Amended Complaint (Doc. No. 21). The amended complaint added C. Ryan Voorhees as a new plaintiff in this matter.

4. On January 23, 2008, Plaintiff CRV filed an amended complaint, adding C. Ryan Voorhees as a plaintiff in this matter. The United States has ten days after service to respond.

See RCFC 15(a).

5. The parties agree that the United States may conduct additional discovery concerning the amendment. The United States currently believes that further written discovery, and not additional depositions, will be sufficient.

6. In order to permit the United States sufficient time to conduct this written discovery, the parties hereby propose the following modified scheduling order:

| **Description** | **Current Date** | **Proposed Date** |
|---|---|---|
| The parties shall file Cross Motions for Summary Judgment | March 14, 2008 | April 15, 2008 |
| The parties shall file Opposition Briefs | April 14, 2008 | May 30, 2008 |
| The parties shall file Reply Briefs | April 28, 2008 | June 16, 2008 |
| Oral Argument on the cross motions | At the Court's convenience | At the Court's convenience |

This proposed schedule assumes that additional written discovery will be sufficient to allow the United States to fully investigate the facts related to the amendment, and that Plaintiffs will expeditiously transmit responses to such discovery. If the United States identifies a need to extend these dates, it will promptly notify Plaintiffs and the parties will jointly inform the Court of the United States' contention at the earliest possible opportunity.

This Joint Status Report was jointly prepared by counsel for the parties. Counsel for Plaintiff has authorized counsel for the United States to file this motion on behalf of both parties.

Dated: January 25, 2008.

Respectfully submitted,

SHAPIRO BUCHMAN PROVINE & PATTON, LLP

_/s/ John H. Patton______________

JOHN H. PATTON
1333 North California Blvd., Suite 350
Walnut Creek, CA 94596
(925) 944-9700 (phone)
(925) 944-9701 (facsimile)
jpatton@sbllp.com

Attorney for Plaintiff CRV Enterprises, Inc.

_/s/ William J. Shapiro______

WILLIAM J. SHAPIRO
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
501 I Street
Suite 9-700
Sacramento, CA 95814
916-930-2207 (phone)
916-930-2210 (fax)
**william.shapiro@usdoj.gov**
Attorney for Defendant

Of Counsel:
Laurie Williams
Assistant Regional Counsel
U.S. EPA Region 9
75 Hawthorne Street
San Francisco, CA 94105