John H. Patton, California SBN 069261
Matthew K. Wisinski, California SBN 195535
SHAPIRO BUCHMAN PROVINE & PATTON LLP
1333 North California Boulevard, Suite 350
Walnut Creek, CA 94596
Telephone: (925) 944-9700
Facsimile: (925) 944-9701
E-mail: jpatton@sbllp.com
Attorneys for Plaintiff CRV Enterprises, Inc.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **CRV ENTERPRISES, INC.**, a California corporation, C. Ryan Voorhees, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>**THE UNITED STATES OF AMERICA,**<br><br>Defendant. | No. 06-660L<br><br>**NOTICE OF NON-AVAILABILITY OF COUNSEL FOR PLAINTIFFS CRV ENTERPRISES, INC. AND C. RYAN VOORHEES**<br><br>Judge George W. Miller |

**TO THE COURT, AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** John H. Patton, counsel for plaintiffs CRV Enterprises, Inc. and C. Ryan Voorhees, will be away from his offices and unavailable to address or participate in hearings and other matters concerning the above-entitled action, during the following periods:

1. March 17 through 28, 2008;
2. June 9 through 13, 2008.

It is requested that no matters be set or scheduled during such periods of unavailability.

Dated: January 28, 2008

Respectfully Submitted,

SHAPIRO BUCHMAN PROVINE & PATTON LLP

By: ______________________________
John H. Patton
Attorneys for Plaintiffs CRV Enterprises, Inc. and C. Ryan Voorhees

206610.1