


EXH. 7 DATE 10/28/16
WITNESS Lacey
LAURA A. REDING, CSR #9711

EXHIBIT
1

EXH. 3 DATE 10/23/07
WITNESS Lacey
LAURA A. REDING, CSR # 9711




SUBJECT PROPERTY

EXHIBIT
2




tabbies®
EXHIBIT
3A




EXHIBIT
tabbies
3B