


CRV00257

EXHIBIT
5

27

RECORDING REQUESTED BY:
FIRST AMERICAN TITLE COMPANY
AND WHEN RECORDED MAIL TO:

CRV ENTERPRISES, INC
28082 NICHOLAS RD.
GALT, CA 95632-8204

DOC # 2002-200300
11/08/2002 07:39A Fee:16.00
Page 1 of 4 Doc T Tax Paid
Recorded in Official Records
County of San Joaquin
GARY W. FREEMAN
Assessor-Recorder-County Clerk
Paid by FIRST AMER TITLE CO

A.P. #145-190-08

THIS SPACE FOR RECORDER'S USE ONLY:

ESCROW NO. 163854RF TITLE ORDER NO. 163854

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(s)
DOCUMENTARY TRANSFER TAX is $1446.50
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale.
[ ] Unincorporated area [X] City of Stockton, AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

BILL T. DUTRA, an Unmarried Man

hereby GRANT(s) to:

CRV ENTERPRISES, INC, a California Corporation

The real property in the City of Stockton, County of San Joaquin, State of California, described as:
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF

DATED October 29, 2002
STATE OF CALIFORNIA
COUNTY OF MARIN
On 31 OCTOBER 2002
before me, EDWARD E. WALTERS
a Notary Public in and for said State, personally appeared
BILL T. DUTRA

BILL T. DUTRA

personally known to me (~~or proved to me on the basis of satisfactory evidence~~) to be the person(~~s~~) whose name(~~s~~) is/~~are~~ subscribed to the within instrument and acknowledged to me that he/~~she~~/~~they~~ executed the same in his/~~her~~/~~their~~ authorized capacity(~~ies~~), and that by his/~~her~~/~~their~~ signature(~~s~~) on the instrument the person(~~s~~), or the entity upon behalf of which the person(~~s~~) acted, executed the instrument.
WITNESS my hand and official seal.

EDWARD E. WALTERS
Commission # 1282166
Notary Public - California
Marin County
My Comm. Expires Oct 28, 2004

Signature Edward E. Walters

(This area for official notarial seal)

Mail tax statements to: CRV ENTERPRISES, INC, 28082 NICHOLS ROAD, GALT, CA 95632-8204

EXHIBIT
6

Description: San Joaquin,CA Document-Year.DocID 2002.200300 Page: 1 of 4
Order: 100 Comment: DR

ORDER NO. 163854/RF

# LEGAL DESCRIPTION

THAT CERTAIN REAL PROPERTY SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN JOAQUIN, CITY OF STOCKTON, DESCRIBED AS FOLLOWS:

A PORTION OF SAN JOAQUIN COUNTY SURVEY NO. 2929 IN SECTION B OF C. M. WEBER GRANT, EL RANCHO DEL CAMPO DE LOS FRANCESES AND IN SECTION 9, TOWNSHIP 1 NORTH, RANGE 6 EAST, MOUNT DIABLO BASE AND MERIDIAN ACCORDING TO THE OFFICIAL PLAT THEREOF, PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE INTERSECTION OF THE SOUTHERLY PROPERTY LINE OF WEBER AVENUE WITH THE WESTERLY PROPERTY LINE OF EDISON STREET IN THE CITY OF STOCKTON, CALIFORNIA; THENCE SOUTH 78° 20' WEST 501.90 FEET ALONG THE SOUTHERLY PROPERTY LINE OF WEBER AVENUE TO AN ANGLE POINT IN THE SOUTHERLY LINE OF WEBER AVENUE; THENCE SOUTH 88° 14' WEST 2154.51 FEET ALONG THE SOUTHERLY LINE OF WEBER AVENUE TO THE TRUE POINT OF BEGINNING AT THE NORTHEAST CORNER OF THE PROPERTY OF THE WESTERN PACIFIC RAILROAD COMPANY AS CONVEYED BY DEED RECORDED IN BOOK A OF DEEDS, BOOK 282, PAGE 147, SAN JOAQUIN COUNTY RECORDS, SAID TRUE POINT OF BEGINNING ALSO BEING THE NORTHWEST CORNER OF THE PROPERTY OF THE UNION ICE AND STORAGE COMPANY AS CONVEYED BY DEED RECORDED IN BOOK OF OFFICIAL RECORDS, BOOK 1871, PAGE 540, SAN JOAQUIN COUNTY RECORDS; THENCE ALONG THE COMMON LINE BETWEEN SAID THE WESTERN PACIFIC RAILROAD COMPANY PROPERTY AND THE SAID UNION ICE AND STORAGE COMPANY PROPERTY, THE FOLLOWING THREE COURSES:

[1] SOUTH 3° 55' EAST 426.00 FEET;

[2] THENCE SOUTH 35° 55' EAST 64.00 FEET;

[3] THENCE SOUTH 15° 10' WEST 234.95 FEET

TO THE NORTHERLY BANK OF MORMON CHANNEL; THENCE MEANDERING THE NORTHERLY BANK OF MORMON CHANNEL, THE FOLLOWING EIGHT COURSES:

2002-200300
11/08/2002 07:39A
2 of 4

FIRST AMERICAN TITLE

ORDER NO. 163854/RF

[1] SOUTH 71° 50' WEST 30.85 FEET;

[2] THENCE SOUTH 80° 40' WEST 246.70 FEET;

[3] THENCE NORTH 79° 28' WEST 230.55 FEET;

[4] THENCE NORTH 55° 36' WEST 246.80 FEET;

[5] THENCE NORTH 53° 51' WEST 242.70 FEET;

[6] THENCE NORTH 36° 20' WEST 132.00 FEET;

[7] THENCE NORTH 16° 45' WEST 203.00 FEET;

[8] THENCE NORTH 4° 00' WEST 96.00 FEET

TO THE SOUTHERLY LINE OF WEBER AVENUE; THENCE NORTH 88° 14' EAST 1037.75 FEET ALONG THE SOUTHERLY LINE OF WEBER AVENUE TO THE TRUE POINT OF BEGINNING.

EXCEPTING THEREFROM THAT PORTION DESCRIBED IN DEED TO THE UNION ICE COMPANY RECORDED MARCH 2, 1970 IN BOOK OF OFFICIAL RECORDS, BOOK 3374, PAGE 486, SAN JOAQUIN COUNTY RECORDS.

ALSO EXCEPTING THEREFROM THAT PORTION DESCRIBED IN DEED TO THE UNION ICE AND STORAGE COMPANY RECORDED IN BOOK OF OFFICIAL RECORDS, BOOK 2701, PAGE 551, SAN JOAQUIN COUNTY RECORDS.

ALSO EXCEPTING THEREFROM ANY PORTION OF THE LAND BELOW THE LINE OF ORDINARY HIGH WATER MARK WHERE IT WAS LOCATED PRIOR TO ANY ARTIFICIAL OR AVULSIVE CHANGES IN THE LOCATION OF THE BED OF THE SLOUGH.

2002-200300
11/08/2002 07:39A
3 of 4

GOVERNMENT CODE 27361.7

I certify under the penalty of perjury that the notary seal on the document to which this statement is attached reads as follows:

Name of Notary Edward E. Walters

Date Commission Expires October 28, 2004

Place of Execution Marin County

Date of Execution October 31, 2002

[signature] First American Title Co.
Signature (Firm name if any)

2002-200300
11/08/2002 07:39A
4 of 4

DOC # 2004-237762
10/20/2004 08:13A Fee:19.00
Page 1 of 5
Recorded in Official Records
County of San Joaquin
GARY W. FREEMAN
Assessor-Recorder-County Clerk
Paid by FIRST AMER TITLE CO

RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:
C Ryan Voorhees
28082 Nichols Rd.
Galt, CA 95632

THIS SPACE FOR RECORDER'S USE ONLY:

Title Order No.: Escrow No.: 219341VQ

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
DOCUMENTARY TRANSFER TAX is $NONE
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale.
[ ] Unincorporated area [X ] City of Stockton, AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

CRV Enterprises, Inc., a California Corporation

hereby GRANT(s) to:

C. Ryan Voorhees, a married man as his sole and separate property

the real property in the County of San Joaquin, State of California, described as:
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF
Also Known as: 145-190-08, 16, 17

THIS INSTRUMENT FILED FOR RECORD BY FIRST AMERICAN TITLE INSURANCE COMPANY AS AN ACCOMMODATION ONLY IT HAS NOT BEEN EXAMINED AS TO ITS EXECUTION OR AS TO ITS EFFECT UPON THE TITLE

DATED October 11, 2004
STATE OF CALIFORNIA
COUNTY OF SACRAMENTO
On 10/18/04
Before me, JANE MORONI
A Notary Public in and for said State, personally appeared
C. RYAN VOORHEES

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

CRV Enterprises, Inc., a California corporation

By: [signature]
Name/Title: C. Ryan Voorhees, President.

By Elizabeth A. Voorhees
Name/Title: Elizabeth A. Voorhees, Vice President

JANE MORONI
COMM. # 1467889
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO COUNTY
COMM. EXP. FEB. 11, 2008

Signature Jane Moroni (This area for official notarial seal)

MAIL TAX STATEMENTS TO PARTY SHOWN BELOW; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE:

EXHIBIT
7

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California
County of Sacramento } ss.

On October 19, 2004, before me, Tiphany Farris Notary Public
Date — Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared Elizabeth A. Voorhees,
Name(s) of Signer(s)

☒ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

TIPHANY FARRIS
COMM. #1800792
Notary Public-California
SACRAMENTO COUNTY
My Comm. Exp. Aug 4, 2008

Place Notary Seal Above

WITNESS my hand and official seal.

Tiphany Farris
Signature of Notary Public

## OPTIONAL

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

### Description of Attached Document

Title or Type of Document: ______

Document Date: ______ Number of Pages: ______

Signer(s) Other Than Named Above: ______

### Capacity(ies) Claimed by Signer

Signer's Name: ______

☐ Individual
☐ Corporate Officer — Title(s): ______
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: ______

Signer Is Representing: ______

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org Prod. No. 5907 Reorder: Call Toll-Free 1-800-876-6827

EXHIBIT A



# LEGAL DESCRIPTION

THAT CERTAIN REAL PROPERTY SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SAN JOAQUIN, CITY OF STOCKTON, DESCRIBED AS FOLLOWS:

PARCEL ONE:

A PORTION OF SAN JOAQUIN COUNTY SURVEY NO. 2929 IN SECTION B OF C. M. WEBER GRANT, EL RANCHO DEL CAMPO DE LOS FRANCESES AND IN SECTION 9, TOWNSHIP 1 NORTH, RANGE 6 EAST, MOUNT DIABLO BASE AND MERIDIAN ACCORDING TO THE OFFICIAL PLAT THEREOF, PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE INTERSECTION OF THE SOUTHERLY PROPERTY LINE OF WEBER AVENUE WITH THE WESTERLY PROPERTY LINE OF EDISON STREET IN THE CITY OF STOCKTON, CALIFORNIA; THENCE SOUTH 78° 20' WEST 501.90 FEET ALONG THE SOUTHERLY PROPERTY LINE OF WEBER AVENUE TO AN ANGLE POINT IN THE SOUTHERLY LINE OF WEBER AVENUE; THENCE SOUTH 88° 14' WEST 2154.51 FEET ALONG THE SOUTHERLY LINE OF WEBER AVENUE TO THE TRUE POINT OF BEGINNING AT THE NORTHEAST CORNER OF THE PROPERTY OF THE WESTERN PACIFIC RAILROAD COMPANY AS CONVEYED BY DEED RECORDED IN BOOK A OF DEEDS, BOOK 282, PAGE 147, SAN JOAQUIN COUNTY RECORDS, SAID TRUE POINT OF BEGINNING ALSO BEING THE NORTHWEST CORNER OF THE PROPERTY OF THE UNION ICE AND STORAGE COMPANY AS CONVEYED BY DEED RECORDED IN BOOK OF OFFICIAL RECORDS, BOOK 1871, PAGE 540, SAN JOAQUIN COUNTY RECORDS; THENCE ALONG THE COMMON LINE BETWEEN SAID THE WESTERN PACIFIC RAILROAD COMPANY PROPERTY AND THE SAID UNION ICE AND STORAGE COMPANY PROPERTY, THE FOLLOWING THREE COURSES:

[1] SOUTH 3° 55' EAST 426.00 FEET;
[2] THENCE SOUTH 35° 55' EAST 64.00 FEET;
[3] THENCE SOUTH 15° 10' WEST 234.95 FEET

TO THE NORTHERLY BANK OF MORMON CHANNEL; THENCE MEANDERING THE NORTHERLY BANK OF MORMON CHANNEL, THE FOLLOWING EIGHT COURSES:

[1] SOUTH 71° 50' WEST 30.85 FEET;
[2] THENCE SOUTH 80° 40' WEST 246.70 FEET;
[3] THENCE NORTH 79° 28' WEST 230.55 FEET;
[4] THENCE NORTH 55° 36' WEST 246.80 FEET;
[5] THENCE NORTH 53° 51' WEST 242.70 FEET;
[6] THENCE NORTH 36° 20' WEST 132.00 FEET;
[7] THENCE NORTH 16° 45' WEST 203.00 FEET;
[8] THENCE NORTH 4° 00' WEST 96.00 FEET

TO THE SOUTHERLY LINE OF WEBER AVENUE; THENCE NORTH 88° 14' EAST 1037.75 FEET ALONG THE SOUTHERLY LINE OF WEBER AVENUE TO THE TRUE POINT OF BEGINNING.

EXCEPTING THEREFROM THAT PORTION DESCRIBED IN DEED TO THE UNION ICE COMPANY RECORDED MARCH 2, 1970 IN BOOK OF OFFICIAL RECORDS, BOOK 3374, PAGE 486, SAN JOAQUIN COUNTY RECORDS.

ALSO EXCEPTING THEREFROM THAT PORTION DESCRIBED IN DEED TO THE UNION ICE AND STORAGE COMPANY RECORDED IN BOOK OF OFFICIAL RECORDS, BOOK 2701, PAGE 551, SAN JOAQUIN COUNTY RECORDS.

ALSO EXCEPTING ANY PORTION OF THE LAND WITHIN THE NATURAL BED OF THE MORMON SLOUGH AND ITS TRIBUTARIES BELOW THE ORDINARY HIGH WATER MARK WHERE IT WAS LOCATED PRIOR TO ANY ARTIFICIAL OR AVULSIVE CHANGES IN THE LOCATION OF THE SHORELINE.

PARCEL TWO:

A PARCEL OF LAND BEING THOSE PORTIONS OF THE ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY'S PROPERTY, DESCRIBED AS FOLLOWS:

ALL THAT CERTAIN PARCEL OF LAND DESCRIBED IN DEED TO THE SAN FRANCISCO AND SAN JOAQUIN VALLEY RAILWAY COMPANY [PREDECESSOR IN INTEREST TO FIRST SAID RAILWAY COMPANY] RECORDED JULY 3, 1895 IN BOOK A OF DEEDS, BOOK 86, PAGE 201, SAN JOAQUIN COUNTY RECORDS, SAID PARCEL BEING DESCRIBED IN SAID DEED AS FOLLOWS:

PORTIONS OF SECTIONS 8 AND A OF C. M. WEBER GRANT EL RANCHO DE CAMPO DE LOS FRANCESES;

COMMENCING AT A POINT ON THE NORTH LINE OF WEBER AVENUE PRODUCED OF THE CITY OF STOCKTON AND 970 1/2 FEET WESTERLY FROM THE NORTHWEST CORNER FORMED BY THE INTERSECTION OF WEBER AVENUE AND TULE STREET IN THE SAID CITY OF STOCKTON; THENCE RUNNING SOUTH 3° 55' EAST [MAGNETIC VARIATION 17° 10' EAST] 28.8 FEET; THENCE SOUTH 88° 14' WEST 1465 FEET; THENCE NORTH 3° 55' WEST 110 FEET TO THE POINT OF BEGINNING OF THE LAND HEREIN CONVEYED; THENCE NORTH 3° 55' WEST 392 FEET TO A POINT ON THE SOUTH BANK OF THE STOCKTON CHANNEL; THENCE FOLLOWING THE MEANDERS OF SAID CHANNEL DOWNSTREAM NORTH 82° 7' WEST 290 FEET; THENCE NORTH 87° 19' WEST 674 FEET; THENCE SOUTH 56° 54' WEST 423 FEET TO A POINT AT THE JUNCTION OF STOCKTON AND MORMON CHANNELS; THENCE FOLLOWING THE MEANDERS OF SAID MORMON CHANNEL UPSTREAM SOUTH 9° 17' EAST TO A POINT ON THE RIGHT BANK OF SAID MORMON CHANNEL WHICH BEARS SOUTH 88° 14' WEST FROM THE POINT OF BEGINNING; THENCE RUNNING NORTH 88° 14' EAST TO THE POINT OF BEGINNING.

EXCEPTING THEREFROM ALL THAT CERTAIN 0.08 ACRE PARCEL OF LAND DESCRIBED IN DEED DATED DECEMBER 1, 1918 FROM THE ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY TO STATE OF CALIFORNIA.

ALSO EXCEPT THEREFROM ALL MINERALS CONTAINED IN THE ABOVE DESCRIBED LAND INCLUDING WITHOUT LIMITING THE GENERALITY THEREOF OIL, GAS AND OTHER HYDROCARBON SUBSTANCES AS WELL AS METALLIC OR OTHER SOLID MINERALS PROVIDED THAT SANTA FE SHALL NOT HAVE THE RIGHT TO GO UPON OR USE THE SURFACE OF SAID LAND OR ANY PART THEREOF FOR THE PURPOSE OF DRILLING FOR, MINING OR OTHERWISE REMOVING ANY OF SAID MINERALS.

SANTA FE MAY HOWEVER AND HEREBY RESERVE THE RIGHT TO REMOVE ANY OF SAID MINERALS FROM SAID LAND BY MEANS OF WELLS, SHAFTS, TUNNELS OR OTHER MEANS OF ACCESS TO SAID MINERALS WHICH MAY BE CONSTRUCTED, DRILLED OR DUG FROM OTHER LAND PROVIDED THAT THE EXERCISE OF SUCH RIGHTS BY SANTA FE SHALL IN NO WAY INTERFERE WITH OR IMPAIR THE USE OF THE SURFACE OF THE LAND CONVEYED OR OF ANY IMPROVEMENTS THEREON.

ALSO EXCEPTING ANY PORTION OF THE LAND WITHIN THE NATURAL BED OF THE STOCKTON CHANNEL AND MORMON CHANNEL AND ITS TRIBUTARIES BELOW THE ORDINARY HIGH WATER MARK WHERE IT WAS LOCATED PRIOR TO ANY ARTIFICIAL OR AVULSIVE CHANGES IN THE LOCATION OF THE SHORELINE.