EXH. 11 DATE 10/23/07
WITNESS Lacey
LAURA A. REDING CSR # 9711




Subject Property



*McAmis crane with a 8.0 ye³ Cable Arm Environmental Clamshell bucket capping the Old Mormon Slough, Port of Stockton, CA.*

**Background**

The MBSS is located on 29 ac. near the **Port of Stockton, CA**. To the north, this former industrial site borders the **Old Mormon Slough**, which joins the **Stockton Deep Water Ship Channel** on the **San Joaquin River**. The site consists of the Surface Water-Sediment Operable Unit, consisting of the Old Mormon Slough, as well as the Soils-Groundwater Operable Unit.

The Sails-Groundwater Operable Unit is not addressed in this contract. the Old Mormon Slough is bounded to the

Boon bv

EXHIBIT
tabbies
9


EXH. 30 DATE 6/23/07
WITNESS Lacey
LAURA A. REDING, CSR # 9711
UPRR. PROPERTY
WEBER
SUBJECT PROPERTY
OLD MORMON SLOUGH
SOUTHERN PACIFIC RAIL ROAD
Position of Permanent Log Boom
Position of Temp. Sheetpile Wall
EASTERN TRANSITION
EXISTING SHEETPILE WALL
WESTERN TRANSITION
A
B
C
M+B SITE
EXHIBIT
10
tabbies



EXHIBIT
tabbies
11


DANGER
NO ENTRY
CAPPED SEDIMANTS
BEYOND THIS POINT
HAZARDOUS MATERIALS
PELIGRO
NO ENTRAN

EXHIBIT
12