John H. Patton, California SBN 069261
Matthew K. Wisinski, California SBN 195535
SHAPIRO BUCHMAN PROVINE & PATTON LLP
1333 North California Boulevard, Suite 350
Walnut Creek, CA 94596
Telephone: (925) 944-9700
Facsimile: (925) 944-9701
E-mail: jpatton@sbllp.com

Attorneys for Plaintiffs CRV Enterprises, Inc.
and C. Ryan Voorhees

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **CRV ENTERPRISES, INC.**, a **California corporation, C. Ryan Voorhees, an individual,**<br><br>Plaintiffs,<br><br>vs.<br><br>**THE UNITED STATES OF AMERICA,**<br><br>Defendant. | No. 06-660L<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO DEFENDANT UNITED STATES' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT [FRE 201]**<br><br>Date: To be assigned by the Court (Telephonic scheduling conference requested)<br>Judge George W. Miller |

**REQUEST FOR JUDICIAL NOTICE**

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Evidence, Rule 201, plaintiffs C. Ryan Voorhees and CRV Enterprises, Inc. request that for purposes of hearing on defendant United States of America's ("the Government") motion for summary judgment, the Court take judicial notice of matters: 1) contained in and evidenced by documents on file with or recorded by the Court in the above-entitled action, as follows:

1. United States Court of Claims Case No. 1:03-cv-00867-GWM, Motion for Judgment on the Pleadings, filed March 2, 2004.

2. United States Court of Claims Case No. 1:03-cv-00867-GWM, Corrected Motion for Judgment on the Pleadings, filed March 8, 2004.

3. United States Court of Claims Case No. 1:03-cv-00867-GWM, Joint Motion to Stay Proceedings, filed May 21, 2004.

4. United States Court of Claims Case No. 1:03-cv-00867-GWM, Order Granting Joint Motion to Stay Proceedings, filed May 24, 2004.

5. United States Court of Claims Case No. 1:03-cv-00867-GWM, Joint Status Reports filed July 23, 2004, August 19, 2004, September 24, 2004, October 21, 2004, November 19, 2004, January 3, 2005, February 1, 2005, February 15, 2005, and March 22, 2005.

6. United States Court of Claims Case No. 1:03-cv-00867-GWM, Stipulation of Dismissal, filed May 4, 2005, and entered May 16, 2005.

## AUTHORITIES

Under Rule 201(d) of the Federal Rules of Evidence, a court shall take judicial notice if requested by a party and supplied with the necessary information. A federal court is, of course, empowered to take judicial notice of all matters in any action before it. *Aloe Crème Laboratories, Inc. v. Francine Co.,* 425 F.2nd 1295, 1296 (5th Cir. 1970).

Dated: May 30, 2008

Respectfully Submitted,

SHAPIRO BUCHMAN PROVINE & PATTON, LLP

By: ______________________

John H. Patton
Attorneys for Plaintiffs CRV Enterprises, Inc. and C. Ryan Voorhees

209347.1