# EXHIBIT 1

JEAN MICHEL BENOIT
3378 Las Huertas
Lafayette CA 94549
(925) 451-1201
(925) 944-5411 ext. 13124

EDUCATION

B.S. 1963, Civil Engineering, ( Geotech-Structures ), Liege University, Belgium
M.S. 1966, Civil Engineering, ( Geotech-Structures ), Stanford University, California
Ph.D. 1971, Aero-Astro ( Structures ), Stanford University, California

REGISTRATION

P.E. 1984, California

EXPERIENCE

A - CONSULTANT WORK

*I - Expert Witness and Forensic Engineering Consultant (Depositions-Court Testimony)*

- "Fourth Street Bascule Bridge" San Francisco - Ca
  Expert witness report on failed foundation cofferdam and misaligned piling.
- "Lucky Peak" Hydro Plant - Idaho
  Expert witness report on penstock vibration failure for Morrison Knudsen Co.
- "Cerrejon"Coal Terminal - Colombia
  Causation Report and repair scheme for a marine terminal wave damping system for Exxon/Carbocol.
- "Alexander Kielland" Semi Submersible - North Sea, Norwegian Sector
  Causation report and expert witness deposition in Paris (France) for Schlumberger.
- Causation reports, analyses for "Failure Analysis Assoc." (Menlo Park):
  "Alaska Pipeline": oil heater failure.
  "Alleghani Airline": Fokker 20 aircraft crash.
  "Costa Rica Café": coffee processor buckling failure.
  "Sheedy": crane boom failure.
  Hauling truck fifth wheel failures.
- Retaining wall failures, slope failures and landslides in Bay Area
  "Sorrento Towers" San Diego.
- Residential developments, private properties: San Francisco, Contra Costa & Alameda counties.

*II - Causation Reports & Recommendations (Depositions-Court Testimony)*

- Residential and commercial structures:
  Private owners
  State Farm Insurance.
    +/- 45 residences with foundation – slide problems in the Bay Area.
  St. Paul Casualty & Fire.
    Seismic damages to structures in the Bay Area caused by the Loma Prieta earthquake.
  Farmer's Insurance:
    Private residences damaged by differential soil movements due to fill consolidation, soil shrinkage/expansion, seismic deformations and old slide reactivation
- Slope failures, landslides, erosion damages.

*III - Design Plans & Specifications.*

- Slide Repairs.
  Rockfill - Stresswall - CIDH - Soil nails - Pressure grout - MS walls, - Drainage Systems - etc.
- Foundation Repairs and Special Drainage Systems:
  Homeowner's Association.
  Private homeowners
- Structural Repairs and Seismic Upgrade:
  Bank Tech (California Savings)



tabbies EXHIBIT 1

Wells Fargo (Oakland).
Private homes.

B - EMPLOYMENT.

2000 to present

**MOFFATT & NICHOL ENGINEERS.**, office in Walnut Creek, California

Position: Staff Supervising Engineer
Duties: Management of civil structural engineering team

Projects: **New Bay Bridge** – Main Suspension Span – Construction services for main tower foundations (E2/T1) and main tower fabrication and erection.

**Port of Guam** – Concept development and final design of a marginal pier servicing aircraft carriers and container vessels

**Port of Los Angeles** - Concept development and consulting services for the final design of a new Marine Oil Terminal at Pier 400.

**San Francisco Airport** – New pile supported runways ; criteria development; concept development; sensitivity studies.

**San Diego Navy Wharf** - Preliminary design of an aircraft carrier pier .

**Benicia Huntway Pier** - Inspection, performance assessment and replacement concepts.

**Amports Pier, Benicia** - Final design of a 900-ft. long pier serving large oil tankers and commodities vessels

**Port of Oakland** – Final design of Inner Harbor Turning Basin bulkhead wall and Pier 2 seismic retrofit

**Costa Azul** – Preliminary design of an LNG marine terminal on the West Coast of Baja California for Sempra Energy

**South Lake Union** – Design of a bulkhead sheetpile wall for the City of Seattle

**Bay Bridge East Span** - Construction Services for the Main Span Foundations
Final design of precast fender protection system for the Main Suspension Tower Base

1993 to 2000

**BUCKLAND & TAYLOR Ltd.**, office in Walnut Creek, California

Position: Chief Engineer
Duties: Marketing and contract negotiation
Management of civil structural engineering team
Establishment of design guidelines
Project review

Projects: **CALTRANS District V "Phase II"** (1994-1999) - Project manager for the seismic retrofit project of 22 California bridges, including 8 major arch bridges on Highway One: PSE & Construction Services.

**CALTRANS "Local Agency"** (1996-1997) - Project manager for the seismic retrofit of 11 California bridges, located in San Luis Obispo County.: PSE & Construction Services .

**Golden Gate Bridge, San Francisco, California** - Seismic Retrofit (1993-1994) - Member of the seismic retrofit design team led by Sverdrup Corp., which provided final retrofit design for half of the total upgrade of the crossing, including the Fort Point Arch, South approaches and part of the suspension spans.
Construction & Erection Services for the Contractor ( North Approach : 1998-1999 )

**Seoul Metropolitan Airport Bridges, Inchon Korea** (1994): Preliminary design of twin 560 meters cable stayed bridges for car and rail traffic.

**Confederation Bridge, Northumerland Straits, Prince Edward Island, Canada** (1994-1995)
Independent Check of Final Design Plans for an 8-mile long post-tensioned segmental concrete bridge in 120-ft. deep waters with ship impact loading and ice flow interaction.

**UNIVERSITY OF CALIFORNIA, DEPARTMENT OF CIVIL ENGINEERING, Berkeley**, California
Lecturer, Graduate Course CE246, Prestressed Concrete Design, Spring Semester, 2007
Lecturer, Undergraduate Course C-36, Vector Mechanics and Statics, Fall Semester, 2006
Lecturer, Graduate Course CE247, Advanced Steel Design, Spring Semesters, 1999 & 1993
Lecturer, Graduate Course CE128, Introduction to Structural Engineering, Fall Semester, 1993

1990-1993 **TUDOR ENGINEERING COMPANY**, Oakland, California

Position: Chief Engineer
Duties: Lead and instruct all structural engineers in their respective design and analysis tasks for infrastructures
Review designs and perform final quality assurance and quality control on plans and computations

Projects: **Cypress Highway, Oakland, California, CALTRANS - Seismic Design** (1992-1993):
Conceptual designs, type selection, preliminary and final design, curved multicell steel box girder bridge; built-up plate girder bridges, post-tensioned box girders ( Caltrans Excellence Award 1998 )
**Central Freeway, San Francisco, California, CALTRANS- Seismic Design** (1989-1992):
Seismic vulnerability studies; evaluation of relevant design criteria (peer reviews) and retrofit concepts; final retrofit design and check for a 1 mile long, double-deck, post-tensioned concrete freeway structure.
**Lisbon Bridge, Portugal, BPC - Seismic Design** (1993):
Preliminary design of a 8-mile-long causeway-bridge across the river Tagus Estuary (comparative studies of steel vs. concrete)
**Lisbon Metro Extension, City of Lisbon, Portugal** (1993):
Preliminary linear analysis and design; final design of internals for main station
**Richmond Bridges, Richmond, California, CALTRANS**
Seismic vulnerability study and retrofit design of several multispan steel bridges
**Izmir Subway Tunnels, Turkey** (1993):
Preliminary design, cost estimates and construction schedule.

1981-1990 **INTERNATIONAL ENGINEERING COMPANY, INC.- MKE**, San Francisco

Position: Chief of Structural Engineering Department of Marine Facilities and Infrastructures
Duties: Lead a structural design team of engineers. Perform advanced conceptual and design work on offshore structures, marine facilities, bridges and civil structures. Provide value engineering and construction monitoring services in the field. Soil-structure interaction, dynamics, fatigue and buckling.

Projects: **Route 85, Santa Clara, California, Santa Clara Traffic Authorities/CALTRANS**
Type selection, preliminary/final design and bid package for the construction of three highway overpasses. Preliminary design and value engineering for retaining wall systems: soil-jet-nailing walls
**Tiger Creek Penstock, Calaveras, California, PG&E**
Ultimate strength capacity and fatigue life evaluation of a partially failed penstock. Non linear, elasto-plastic, large-displacement and frictional effects incorporated in a detailed shakedown analysis
**Piedra del Aguila Dam, Argentina**
Finite element analyses and assessment of stress levels under various pore pressure conditions
**Itaipu Dam, Brazil**
Penstock structural interaction effects with concrete confinement dam proper
**Jackson Drive Bridge Project, San Diego, California, Metropolitan Transit Development Board**
Concept development, final design and bid package for the construction of a post-tensioned concrete railway/LRT bridge
**Deaf Smith Nuclear Waste Isolation Plant, DOE**
Comparative soil improvement techniques applied to a 3000-foot-deep access shaft for nuclear fuel repository. Elaboration of a general design guide for access shafts. Salt creep and general structural shaft stability analysis under various conditions.
**Harlem River Railway Trestle, Bronx, New York, NYSDOT**
Value engineering study leading to the redesign of the trestle foundation system using large diameter steel shafts.
**PACTEX L.A. Harbor Oil Offloading Terminal**
Berthing facility for 300,000 DWT tankers. Soil-structure seismic interaction studies. Soil improvement through jet-nailing, grouting, vibrodensification. Sand liquefaction prevention.
**Cerrejon Coal Project, Colombia, EXXON-Carbocol**
Complete marine facility. Concept development, final design and construction follow-up of a 150,000 DWT coal berth, a large diameter caisson commodities pier (1000 ft x 100 ft), and an all-purpose sheet pile bulkhead pier. Slope stabilization by means of nailing, geo-grids and rockfill.
**Union Oil Pier, San Luis Obispo County**
Final design review and construction monitoring of an oil offloading trestle. Seismic soil structure interaction.

Foundation stability assessment. Soil improvement through jet-grouting and pile socketing.

**V-PICS Arctic Mobile Ice-Vaning Exploration Structure, British Petroleum**

Jackable and relocatable steel gravity structure (exploration and first-phase production); preliminary design and cost analysis including construction methods and technical fabrication specifications.

**Vail Pass Bridges, Colorado, DOT**

Failure analysis of post-tensioned concrete box girders. Establishment of crack pattern by means of F.E. analyses and determination of causative fault.

**Helms Pumped Storage, California, PG&E**

Failure analysis of a penstock section at the "Lost Canyon Crossing." Recommendation of repair alternatives and construction procedure.

**Basalt Waste Isolation Project, DOE-MKE-N.A. Rockwell**

Preliminary review and evaluation of the 5000-foot-deep exploratory shaft design.

1979-1981 **SPIE/BATIGNOLLES**, Velizy, France

Position: Chief Engineer, International Division-Strategy Planning

Duties: Market research and strategy planning for: offshore structures, dams, silos and grain elevators

These multi-phase studies comprised the following:

- forecast of general needs on a world-wide basis;
- establishment of a list of prospective projects on a 5-year and 10-year basis;
- potential bilateral and multilateral financing;
- competing companies: local associations, etc.;
- economic overview of potential clients and countries
- strategy and market approach.

Consulting services for a manganese mine development in New Caledonia (Tiebagi mine).

1973-1979 **ENTREPRISE FRANCIS BOUYGUES**, Clamart, France

Position: Chief Engineer - International Engineering (EOA)

Duties: Management, advanced engineering design and construction monitoring.

Development and implementation of design tools for offshore structures, buried silo casings and multispan bridges

Seismic response analysis and design of buried containments

Dynamic wave load and seismic response analyses with fatigue - life and implosion risk evaluation - soil liquefaction studies.

Development of several proprietary gravity platform concepts.

Designs for the North Sea, Gulf of Alaska, Brazil.

Projects: Offshore Oil Production Platforms:

- Hutton Field (Concrete Gravity)
- Stratfjord B & C (Concrete Gravity)
- Kinsale Head (Concrete Gravity)
- Kinsale Head (Steel Jacket)
- Gulf of Alaska (Concrete Gravity)
- PetroBras-Rio (Steel Gravity)
- PetroBras-Rio (Concrete Gravity)

"Aryamehr" Airport, Iran

Layout - design - bid documents (spent several months in Tehran with client).

Baghdad Nuclear Plant, Iraq

On-site quality control

"Bugey" Nuclear Plant, France

On-site expert witness investigation for dome cracking and for faulty post-tensioning sequence.

"Thermos" - Nuclear Plant, France

Design of an underground nuclear facility for urban heating

"Vanak Parc" and "Khane Center" Development Project, Tehran, Iran

Consulting services for several concrete and steel high-rise buildings subject to earthquake loading.

Post-tensioned bridge projects: final design and construction monitoring of several post-tensioned match cast segmental multi-span bridges: "Arenc" (Marseilles), "Beauregard" (Metz), "Saint Maurice" (Paris), and "Les Houches" (Mont Blanc), France.

High-rise construction monitoring and on-site design assistance ("Vandrezanne" - Paris)

1972-1973 T.C.I., Mountain View, California

Position: Structural Engineer
Duties: Final design of large radar and antenna structures including foundations

1969-1972 **STANFORD UNIVERSITY**, Stanford, California

Position: Research Assistant to Dr. N.J. Hoff, Head of Aero-Astro Department
Duties: Research and laboratory testing of creep, buckling and ultimate strength behavior of plates and shells

1966-1970 **BECHTEL GROUP**, Power Division, San Francisco, California

Position: Civil Structural Engineer
Duties: Final design of post-tensioned containment vessels for **nuclear power plants**..
Preliminary and final safety analysis reports to the Nuclear Regulatory Commission.

1963-1965 **UNIVERISTY OF LIEGE**, Liege, Belgium

Position: Teaching and Research Assistant to Prof. Charles Massonnet (Structures Department)
Duties: Teach Theory of Structures, Steel and Prestressed Concrete Design
Research residual welding stresses, fatigue and buckling stability of large-span bridges

**PUBLICATIONS**

"Saving a Bridge" ACE Journal 2001 (written with Br. Pollock and D. Pajouhesh)
"Curved Orthotropic Steel Bridge for the I-880 Replacement Project," presented at Western Bridge Conference, September, 1997 (written with Alfred R. Mangus, CALTRANS)
"Buckling Considerations for Cold Spring Canyon Arch Bridge," presented at AISC conference, San Francisco, March, 1996
"Non Linear Energy Absorption Studies Under Seismic Loading," National Science Foundation (Nov. 17, 1992)
"Central Freeway, A Case Study for Ductile Retrofitting," March, 1991 Pittsburg ASCE Bridge Conference
"Construction Optimization through Shipyard Prefabrication," U.S. Army Corps of Engineers, Oakland, 1985
"Implosion Study of a Submersible," A.T.M.A., Paris, 1978
"Elasto-Plastic Buckling Stability Under Hydrostatic Pressure," O.T.C., Houston, 1978
"Experimental Check of Creep Buckling," Leningrad Academy of Science, 1976
"Creep Buckling of Flat Plates," Sudaar No. 463, 1973
"Analysis of a Petroleum Heater Failure," A.S.M.E. Journal 75, 1972
"Elastic Stability and Creep Buckling of Cylindrical Shells," Doctoral Thesis, 1972
"Elastic Stability and Creep Buckling of Shells," Sudaar No. 415, 1971
"Elastic Stability and Creep Buckling of Plates," Air Force contract, 1968
"Optimization of Arch Bridges," Bulletin du C.E.R.E.S., 1965
"Influence of Residual Stresses on the Buckling Stability of Columns," International Congress of Dresden, 1963

**INVITED LECTURES**

53rd Highway Geology Symposium – San Luis Obispo (2002)
"Case Histories of Difficult Bridge Foundations"
UC. Berkeley, Stanford University (1995, 1996, respectively):
"Seismic Retrofit and Designs"
CALTRANS - Sacramento (2003, 2002, 1999 , 98 , 97 , 96):
"San Francisco Airport: new runway extensions" Pile supported runways – a seismic challenge
"Large Arch Bridges" Seismic vulnerabilities and retrofit implementation
"Curved Orthotropic Bridges "
"Launching of Segmentally Constructed Bridges"
"Design for Construction Imperfections and Contingencies"
"Jet-Nail and Soil Nail Walls "
"Seismic Retrofit of Historic Arch Bridges"
UTAH DOT (1991)
"Stability of Large Walls via Jet Nailing"

**AWARDS** Caltrans "2001 Bridge Engineer Award", ASCE, Fulbright, NATO, Bech, Schroeder, Lincoln Arc Foundation

**LANGUAGES**

Perfect oral and written command of French, German and English
Good knowledge of Spanish, Italian and Dutch

References available upon request

# EXHIBIT 2




CRV00257

EXHIBIT
tabbies
2