John H. Patton, California SBN 069261
Matthew K. Wisinski, California SBN 195535
SHAPIRO BUCHMAN PROVINE & PATTON LLP
1333 North California Boulevard, Suite 350
Walnut Creek, CA 94596
Telephone: (925) 944-9700
Facsimile: (925) 944-9701
E-mail: jpatton@sbllp.com

Attorneys for Plaintiffs CRV Enterprises, Inc.
and C. Ryan Voorhees

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **CRV ENTERPRISES, INC., a California corporation, C. Ryan Voorhees, an individual,**<br><br>Plaintiffs,<br><br>vs.<br><br>**THE UNITED STATES OF AMERICA,**<br><br>Defendant. | No. 06-660L<br><br>**NOTICE OF UNAVAILABILITY OF PLAINTIFFS' COUNSEL AND CONSENT TO EXPANSION OF BRIEFING SCHEDULE AND PAGE LIMIT FOR REPLYS ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: To be assigned by the Court (Telephonic scheduling conference requested)<br>Judge George W. Miller |

**TO THE COURT, AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** John H. Patton, counsel for plaintiffs CRV Enterprises, Inc. and C. Ryan Voorhees, will be away from his offices and unavailable to address or participate in hearings and other matters concerning the above-entitled action, during the following period:

1. June 9 through 16, 2008.

Counsel for defendant was previously advised of this unavailability in discussions concerning the briefing schedule for the parties' cross-motions for summary judgment. It is requested that no matters be set or scheduled during such period of unavailability.

**PLEASE ALSO TAKE NOTICE** that plaintiffs have no objection to expanding the time for the filing of reply briefs the cross-motions for summary judgment by an additional 20 days, and have no objection to expanding the page limit for defendant United States of America's reply brief by an additional 15 pages.

Dated: June 6, 2008

Respectfully Submitted,

SHAPIRO BUCHMAN PROVINE & PATTON LLP

By: /s/
John H. Patton
Attorneys for Plaintiffs CRV Enterprises, Inc. and C. Ryan Voorhees

209528.1
30249-001