# In the United States Court of Federal Claims

| | |
|---|---|
| CRV ENTERPRISES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-660 L<br>Filed June 9, 2008 |

**ORDER**

On June 6, 2008, defendant filed a motion to strike a declaration filed by plaintiffs in support of their claim, arguing that the expert testimony proffered in the declaration and relied on in plaintiffs' response to defendant's cross-motion for summary judgment violates the disclosure requirements set forth in Rule 26(a)(2)(C) of the Rules of the Court of Federal Claims ("RCFC") (docket entry 47). Defendant also moves to strike plaintiffs' response to defendant's cross-motion because it exceeds the page limitation set forth in RCFC 5.3(b)(2) by 15 pages. Plaintiffs' response to the motion to strike is due on **Monday, June 23, 2008.**

In addition to the motion to strike, defendant also moved to suspend the current briefing schedule, under which reply briefs supporting cross-motions for summary judgment are currently due June 16, 2008, until after the Court rules on the motion to strike. On June 9, 2008, plaintiffs filed notice that they consent to an extension of 20 days within which to file reply briefs (docket entry 48).

The Court agrees with the parties that the briefing schedule must be amended in light of the pending motion to strike. In order to allow the requisite time for the Court to review plaintiffs' response to the motion, and to provide both parties with ample opportunity to file reply memoranda in support of their cross-motions following resolution by the Court of defendant's motion to strike, the Court hereby **ORDERS** that reply memoranda shall be filed no later than **fourteen days after the Court rules on defendant's motion to strike**.

**IT IS SO ORDERED.**

/s George W. Miller
GEORGE W. MILLER
Judge