# In the United States Court of Federal Claims

| | |
|---|---|
| CRV ENTERPRISES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 06-660 L<br>Filed July 11, 2008 |

**ORDER**

On June 6, 2008, defendant filed a motion to strike a declaration filed by plaintiffs in support of their claim, arguing that the expert testimony proffered in the declaration and relied on in plaintiffs' response to defendant's cross-motion for summary judgment violates the disclosure requirements set forth in Rule 26(a)(2)(C) of the Rules of the Court of Federal Claims ("RCFC") (docket entry 47). Defendant also moves to strike plaintiffs' response to defendant's cross-motion because it exceeds the page limitation set forth in RCFC 5.3(b)(2) by 15 pages. Plaintiff responded in opposition to the motion on June 23, 2008 (docket entry 50), and defendant replied in support of its motion on July 7, 2008 (docket entry 52). The briefing schedule on the parties' cross-motions for summary judgment is currently suspended pending the Court's decision on defendant's motion to strike. *See* Scheduling Order, June 9, 2008 (docket entry 49).

The Court hereby **ORDERS** that the parties shall participate in a telephonic status conference to discuss the now fully-briefed motion to strike at **2:00 p.m. eastern time on Tuesday, July 22, 2008.** The Court will initiate the call.

**IT IS SO ORDERED.**

/s George W. Miller
GEORGE W. MILLER
Judge