# In the United States Court of Federal Claims

| | |
|---|---|
| CRV ENTERPRISES, INC., and<br>C. RYAN VOORHEES,<br><br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 06-660 L<br><br>Filed July 22, 2008 |

**ORDER**

On July 22, 2008, pursuant to its order of July 11, 2008 (docket entry 53), the Court held a status conference in this case. The Court and the parties discussed defendant's motion to strike a declaration filed by plaintiffs in support of their claim ("the Benoit Declaration"). In its motion, filed June 6, 2008 (docket entry 47), defendant argued that the expert testimony proffered in the Benoit Declaration and relied on in plaintiffs' response to defendant's cross-motion for summary judgment violates the disclosure requirements set forth in Rule 26(a)(2)(C) of the Rules of the Court of Federal Claims ("RCFC"). Defendant also moved to strike plaintiffs' response to defendant's cross-motion because it exceeded the page limitation set forth in RCFC 5.3(b)(2) by 15 pages. Plaintiff responded in opposition to the motion on June 23, 2008 (docket entry 50), and defendant replied in support of its motion on July 7, 2008 (docket entry 52). The briefing schedule on the parties' cross-motions for summary judgment was suspended pending the Court's decision on defendant's motion to strike. *See* Scheduling Order, June 9, 2008 (docket entry 49).

Having considered the parties' arguments for and against permitting submission of the Benoit Declaration and striking plaintiffs' response for exceeding the page limitation, the Court hereby **ORDERS** that defendant's motion to strike is **DENIED**. The Court **FURTHER ORDERS** that the parties' replies in support of their motions for summary judgment, originally due June 16, 2008, shall be stayed until defendant has an opportunity to respond to the Benoit Declaration. Additional discovery and the filing of further briefs shall be accomplished in accordance with the following:

1) Should it choose to engage a rebuttal expert, defendant shall identify its rebuttal expert no later than **Monday, September 29, 2008,** and shall submit the report of its rebuttal expert no later than **Thursday, October 30, 2008.** In the event that defendant decides not to engage a

rebuttal expert, it shall promptly (and in any event no later than **Monday, September 29, 2008**) file a status report so advising the Court and counsel for plaintiffs. In view of the brevity and narrow scope of Dr. Benoit's declaration, the Court would not look with favor on defendant's engaging more than one rebuttal expert, except upon a showing of good cause.

2) Counsel shall arrange for defendant to take the deposition of Dr. Benoit by **Thursday, October 30, 2008.**

3) Counsel shall arrange for plaintiffs to take the deposition of defendant's rebuttal expert, if any, by **Friday, November 21, 2008.**

4) The parties shall file their reply briefs in support of their motions for summary judgment within 30 days after the deposition of defendant's rebuttal expert, if any, or by **Thursday, October 30, 2008,** should defendant advise the Court and counsel for plaintiffs by **Monday, September 29, 2008,** that it does not intend to engage a rebuttal expert.

5) Defendant is granted leave to exceed the page limit on its reply by 15 pages.

**IT IS SO ORDERED.**

/s George W. Miller
GEORGE W. MILLER
Judge